## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

| | |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Civil Action No. WDQ-12-613 |
| v. | ) ) ) |
| CAREFIRST, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## DEFENDANT CAREFIRST, INC.'S COMBINED MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND JOINDER IN IBC DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant CareFirst, Inc. ("CareFirst"), through the undersigned counsel, hereby requests that the Court DISMISS the instant action with prejudice on the following grounds: 1) the entire Complaint is preempted by the Employee Income Retirement Security Act of 1974 (29 U.S.C. §§ *et seq.*) ("ERISA"); 2) the claims against CareFirst are barred by the doctrine of *res judicata*; 3) claims I-IV are barred by the applicable statutes of limitation; 4) Plaintiffs have failed to state a claim upon which relief can be granted in Count VI because Maryland law does not permit such claims against an insurer such as CareFirst; 5) Plaintiff has failed to state a claim upon which relief can be granted in Count V because Maryland law does not recognize conspiracy as an independent cause of action – because Counts I-IV and VI fail, so must Count V; and 6) Counts I and IV fail under substantive Maryland law.

CareFirst also hereby joins in the Motion To Dismiss (Docket Entry 8) filed by Defendants Independence Blue Cross and QCC Insurance Company (collectively the "IBC Defendants") on March 2, 2012.

This request is based on the instant Motion, the accompanying Memorandum of Law in Support thereof, the exhibits attached thereto, those portions of the Motion to Dismiss and memorandum in support thereof filed by the IBC Defendants that have been incorporated by reference in CareFirst's Memorandum in Support of the instant Motion, the record herein, and all other matters that the Court deems appropriate to consider including, without limitation, the matters identified in the Memorandum of Law as to which the Court can take judicial notice at this stage of the proceedings.

March 5, 2012

Respectfully submitted,

_____/s/_____
Patrick P. de Gravelles, Bar No. 29245
CareFirst BlueCross BlueShield
Litigation General Counsel
840 First St., NE
DC12-08
Washington, DC   20065
202-680-7457 (voice)
202-680-7620 (fax)
*Attorney for Defendant CareFirst, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2012, true and correct copies of the foregoing Combined Motion to Dismiss and Joinder, along with the accompanying Memorandum of Law in Support thereof, along with exhibits thereto, the contemporaneously filed Joinder in Notice of Removal and Local Rule 103.3 and Federal Rule 7.1 Disclosure Statement were filed and served electronically on counsel of record designated to receive service through the Court's ECF system, and mailed to counsel of record not yet so designated.

/s/
Patrick P. de Gravelles, Bar No. 29245