# EX 1

PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

February 12, 2009

**BY EMAIL AND FEDERAL EXPRESS**

Paul A. Tufano, Esq.
General Counsel
Independence Blue Cross
1901 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

Re:  Failure to Pay Claims

Dear Mr. Tufano:

I write on behalf of our clients Viola Hendricks, Doreen Rhodes, Christopher Templin (collectively, the "Independence Members"), Feldman's Medical Center Pharmacy, Inc. ("Feldman's) and FCS Pharmacy LLC ("FCS") to demand immediate payment of the invoices that our clients have submitted to Independence Blue Cross ("Independence" or "you") and that you have not paid.

Each of Feldman's and FCS has followed Independence's procedures for submission of claims, yet there are unpaid claims for covered products and services provided to the Independence Members dating back to December 2007 totaling $1,096,791.34. We have attached a schedule showing the amounts owed. As you can see from the schedule, the majority of the claims have been outstanding for more than six months and some have been outstanding for more than one year. No satisfactory reason has ever been provided to our clients for the delay.

We have engaged in exhaustive efforts over the last year to resolve this situation and yet no progress has been made and our efforts have been rebuffed every step of the way by Independence employees. In our most recent attempt, Mr. Templin and I met with Christopher Deery and Michael Ebner on February 5, 2009. That meeting ended after only eight minutes when Mr. Ebner declared the meeting over and left the room abruptly. A copy of the letter I wrote documenting the events at the February 5 meeting is enclosed.

PADUANO & WEINTRAUB LLP

Independence's actions are in violation of both the Employee Retirement and Security Income Act of 1974 and Pennsylvania law. Failing payment of the outstanding claims by February 19, 2009, our clients will exercise all legal and equitable remedies available to them, including but not limited to commencing litigation. In that regard, and as a courtesy, enclosed is a draft Complaint.

Please let me know your intentions.

Yours sincerely,

Anthony Paduano

2

# EX 2

Feldman's Medical Center
Accounts Receivable - Detailed
Account Expended as of 04/24/09 by Invoice date

| Inv # | Date of Serv. | Payor-Name/Plan | Policy | State of Service | Date Billed | Age | HCPD | ICD # | Units Billed | Amt. Charged | Expected | Total Payments | CPS Outstanding |
|-------|------|------|------|------|------|------|------|------|------|------|------|------|------|

Total Accounts Receivable for Feldman's Medical Center as of 04/24/09 :     $ 1,515,127.77

# EX 3

| Provider of Service | Inv # | DOS | Billed | Billed Charges | Expected | Payment | Balance Due from Independence | Days Outstanding as of 09/08/09 |
|---|---|---|---|---|---|---|---|---|
| FMC | 18796 | 07/16/09 | 07/23/09 | 36,432.18 | $ 26,771.69 | | $ 26,771.69 | 47 |
| FMC | 18383 | 05/03/09 | 05/04/09 | 32,903.06 | $ 24,175.52 | | $ 24,175.52 | 96 |
| FMC | 18062 | 05/04/09 | 05/05/09 | 33,804.24 | $ 24,844.08 | | $ 24,844.08 | 125 |
| FMC | 17750 | 04/04/09 | 04/08/09 | 32,894.56 | $ 24,175.52 | | $ 24,175.52 | 153 |
| FMC | 17443 | 03/12/09 | 03/12/09 | 32,577.60 | $ 24,087.68 | | $ 24,087.68 | 180 |
| FMC | 17158 | 02/18/09 | 02/18/09 | 32,753.60 | $ 24,087.68 | | $ 24,087.68 | 202 |
| FMC | 16639 | 01/07/09 | 01/08/09 | 32,222.40 | $ 23,697.28 | | $ 23,697.28 | 243 |
| FMC | 16374 | 12/16/08 | 12/16/08 | 33,744.05 | $ 24,911.18 | | $ 24,911.18 | 265 |
| FMC | 16170 | 11/26/08 | 12/01/08 | 33,778.70 | $ 24,936.60 | | $ 24,936.80 | 281 |
| FMC | 15774 | 10/29/08 | 10/31/08 | 33,216.00 | $ 24,546.40 | | $ 24,546.40 | 312 |
| FMC | 15242 | 09/15/08 | 09/17/08 | 32,934.00 | $ 24,750.40 | | $ 24,750.40 | 355 |
| FMC | 14923 | 08/25/08 | 08/25/08 | 31,851.60 | $ 23,550.88 | | $ 23,550.88 | 379 |
| FMC | 14565 | 07/24/08 | 07/28/08 | 32,013.63 | $ 24,092.43 | | $ 24,092.43 | 407 |
| FMC | 14186 | 06/21/08 | 06/25/08 | 31,614.00 | $ 23,758.40 | | $ 23,758.40 | 440 |
| FMC | 13880 | 05/27/08 | 05/28/08 | 31,614.00 | $ 24,552.00 | | $ 24,552.00 | 468 |
| FMC | 13662 | 04/26/08 | 04/29/08 | 32,670.00 | $ 24,559.44 | | $ 24,559.44 | 496 |
| FMC | 13155 | 03/25/08 | 03/28/08 | 32,670.00 | $ 23,817.92 | | $ 23,817.92 | 529 |
| FMC | 12946 | 03/05/08 | 03/06/08 | 27,257.40 | $ 20,489.94 | | | 551 |
| FMC | 12671 | 02/03/08 | 02/15/08 | 31,627.20 | $ 24,151.68 | | $ 24,151.68 | 571 |
| FMC | 12159 | 01/04/08 | 01/03/08 | 3,465.00 | $ 2,598.75 | | $ 2,598.75 | 608 |
| FMC | 11885 | 12/06/07 | 12/11/07 | 427,607.10 | $ 322,500.00 | | $ 322,500.00 | 637 |
| FMC | 17145 | 02/12/09 | 02/17/09 | 427,592.10 | $ 320,750.00 | | $ 320,750.00 | 203 |
| FMC | 17073 | 02/11/09 | 02/11/09 | 256,596.61 | $ 192,450.00 | | $ 192,450.00 | 209 |
| FMC | 17074 | 02/06/09 | 02/11/09 | 246,290.65 | $ 184,802.65 | | $ 184,802.65 | 209 |
| FMC | 13563 | 04/26/08 | 04/30/08 | 143,708.09 | $ 108,360.00 | | $ 108,360.00 | 496 |
| FMC | 17146 | 02/12/09 | 02/17/09 | 282,727.29 | $ 197,140.09 | | $ 197,140.09 | 203 |
| FMC | 12528 | 02/02/08 | 02/05/08 | 59,466.00 | $ 44,689.00 | | $ 44,689.00 | 581 |
| FMC | 14390 | 07/11/08 | 07/14/08 | 52,470.00 | $ 39,432.00 | | $ 39,432.00 | 421 |
| FMC | 13779 | 05/16/08 | 05/19/08 | 54,450.00 | $ 40,920.00 | | $ 40,920.00 | 477 |
| FMC | 13594 | 04/30/08 | 05/01/08 | 28.50 | $ 28.50 | | | 495 |
| FMC | 13312 | 04/07/08 | 04/07/08 | 54,472.40 | $ 40,942.40 | | $ 40,942.40 | 519 |
| FMC | 13294 | 04/03/08 | 04/07/08 | | | | | 519 |
| FCS | 17979 | 04/28/09 | 05/04/09 | 109,045.00 | $ 103,544.49 | $ 82,835.61 | $ 20,708.88 | 127 |

| Provider of Service | Inv # | DOS | Billed | Billed Charges | Expected | Payment | Balance Due from Independence | Days Out standing as of 09/03/09 |
|---|---|---|---|---|---|---|---|---|
| FCS | 17670 | 03/28/09 | 04/03/09 | $ 133,430.40 | $ 126,463.68 | $ 100,999.61 | $ 25,464.07 | 158 |
| FCS | 16944 | 01/29/09 | 02/0/209 | $ 123,215.20 | $ 116,781.84 | $ 93,601.80 | $ 23,366.36 | 218 |
| FCS | 16596 | 12/30/08 | 01/06/09 | $ 111,689.20 | $ 105,758.80 | $ 84,211.68 | $ 21,547.12 | 245 |
| FCS | 16162 | 11/25/08 | 12/02/08 | $ 114,717.60 | $ 108,626.40 | $ 86,674.81 | $ 22,131.36 | 280 |
| FCS | 15406 | 09/30/06 | 10/01/08 | $ 118,085.00 | $ 111,397.00 | $ 89,128.17 | $ 22,279.40 | 342 |
| FCS | 14995 | 08/28/08 | 09/03/08 | $ 118,243.20 | $ 111,546.24 | $ 89,289.84 | $ 22,309.24 | 370 |
| FCS | 14611 | 07/29/08 | 07/31/08 | $ 92,298.40 | $ 87,070.88 | $ 69,656.70 | $ 17,414.18 | 404 |
| FCS | 14230 | 06/26/08 | 07/01/08 | $ 98,276.10 | $ 92,970.93 | $ 74,439.23 | $ 18,594.19 | 434 |
| FCS | 13898 | 05/28/08 | 05/30/08 | $ 94,016.00 | $ 88,940.80 | $ 71,152.64 | $ 17,788.16 | 466 |
| FCS | 13554 | 04/29/08 | 04/30/08 | $ 98,423.00 | $ 93,109.90 | $ 93,293.58 | $ (0.00) | 496 |
| FCS | 13228 | 03/28/08 | 04/02/08 | $ 98,423.00 | $ 92,587.30 | $ 74,194.81 | $ 18,392.49 | 524 |
| FCS | 12810 | 02/26/08 | 02/23/08 | $ 101,248.00 | $ 95,244.80 | $ 95,244.80 | $ 0.00 | 557 |
| FCS | 12458 | 01/29/08 | 02/01/08 | $ 90,852.00 | $ 85,465.00 | $ 68,264.16 | $ 17,200.84 | 585 |

**Total Accounts Receivable for FMCP**                     $    2,204,996.55