IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) Civil Action No. WDQ-12-613 ) |
| v. | ) ) |
| CAREFIRST, INC., *et al.*, | ) ) |
| Defendants. | ) |

## DEFENDANT CAREFIRST, INC.'S JOINDER IN NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Defendant CareFirst, Inc. ("CareFirst"), through the undersigned counsel, hereby joins in the Notice of Removal (Docket Entry 1) filed by Defendants Independence Blue Cross and QCC Insurance Company on February 24, 2012. CareFirst was served in this matter on February 2, 2012. The thirtieth day after service on CareFirst was Saturday, March 3, 2012. This joinder is therefore timely. Fed.R.Civ.P. 6(a)(2)(C); *see also Barbour v. Int'l Union*, 640 F.3d 599, 612 n.4 (4th Cir. 2011). Attached hereto are copies of all process, pleadings and orders served upon CareFirst while the case was pending in the Circuit Court for Baltimore City, Maryland.

March 5, 2012                                             Respectfully submitted,

                                                                    /s/
                                                          Patrick P. de Gravelles, Bar No. 29245
                                                          CareFirst BlueCross BlueShield
                                                          Litigation General Counsel
                                                          840 First St., NE
                                                          DC12-08
                                                          Washington, DC   20065
                                                          202-680-7457 (voice)
                                                          202-680-7620 (fax)
                                                          *Attorney for Defendant CareFirst, Inc.*