# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., *et al.*, ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. WDQ-12-613 |
| v. ) ) | |
| CAREFIRST, INC., *et al.*, ) ) | |
| Defendants. ) | |

## LOCAL RULE 103.3 AND FEDERAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 103.3 and Fed. R. Civ. P. 7.1, Defendant CareFirst, Inc. ("CareFirst"), through the undersigned counsel, hereby states that it issues no stock and so there is no publicly held corporation that owns 10% or more of CareFirst's stock. CareFirst also discloses that it issues no insurance, but its two subsidiaries, CareFirst of Maryland, Inc. and Group Hospitalization and Medical Services, Inc., issue insurance and administer insurance plans. No publicly held corporation owns 10% or more of any of the entities listed on that chart. CareFirst further states that it has an insurance policy through One Beacon that could potentially be triggered by the instant action.

March 5, 2012

Respectfully submitted,

/s/
Patrick P. de Gravelles, Bar No. 29245
CareFirst BlueCross BlueShield
Litigation General Counsel
840 First St., NE
DC12-08
Washington, DC   20065
202-680-7457 (voice)
202-680-7620 (fax)
*Attorney for Defendant CareFirst, Inc.*