IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FELDMAN'S MEDICAL CENTER           *
PHARMACY, INC., et al.
                                   *

          Plaintiffs,
                                   *      Civil Action No.  1:12-cv-00613-WDQ
v.
                                   *
CAREFIRST, INC., et al.
                                   *

          Defendants.
                                   *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## DEFENDANT BLUE CROSS BLUE SHIELD
## ASSOCIATION'S JOINDER IN NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, defendant Blue Cross Blue Shield Association ("BCBSA"), through its undersigned counsel, hereby joins in the Notice of Removal filed by defendants Independence Blue Cross and QCC Insurance Company on February 24, 2012.  BCBSA was served in this matter on February 27, 2012.  The thirtieth day after service on BCBSA is Wednesday, March 28, 2012.  This joinder is therefore timely.  *See Barbour v. Int'l Union*, 640 F.3d 599, 612 n.4 (4th Cir. 2011).  Copies of all process, pleadings, and orders served upon BCBSA while the case was pending in the Circuit Court for Baltimore City, Maryland, are attached as follows:  **Exhibit 1** is the Writ of Summons, **Exhibit 2** is the Complaint, **Exhibit 3** is the First Amended Complaint, **Exhibit 4** is an Affidavit of Due Diligence, and **Exhibit 5** is Notice of Service from State of Maryland Department of Assessments and Taxation Service of Process Unit.

March 6, 2012

*/s/ Catherine A. Bledsoe*
Catherine A. Bledsoe, Bar No. 11376

Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, Maryland  21202
Telephone: (410) 576-4198
Facsimile:  (410) 576-4269
cbledsoe@gfrlaw.com

Stephen H. Pugh (*pro hac vice* pending)
Jorge V. Casares (*pro hac vice* pending)
Rebecca D. Fuentes (*pro hac vice* pending)
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601
Telephone:  (312) 768-7800
Facsimile:  (312) 768-7801
spugh@pjjlaw.com
jcazares@pjjlaw.com
rfuentes@pjjlaw.com

Attorneys for Defendant
Blue Cross Blue Shield Association

2

<u>Certificate of Service</u>

I hereby certify that on March 6, 2012, the foregoing Defendant Blue Cross Blue Shield Association's Joinder in Notice of Removal was filed and served on all parties to this action via the Court's CM/ECF system.

*/s/ Catherine A. Bledsoe*

Catherine A. Bledsoe, Bar No. 11376