IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.WDQ-12-613 |
| v. | ) ) | |
| CAREFIRST, INC.,*et al.*, | ) ) | |
| Defendants. | ) | |

**DEFENDANT BLUE CROSS BLUE SHIELD ASSOCIATION'S
LOCAL RULE 103.3 AND FEDERAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Local Rule 103.3 and Fed. R. Civ. P. 7.1, defendant Blue Cross Blue Shield Association ("BCBSA"), through its undersigned counsel, hereby states that:

1. BCBSA is not an affiliate or parent of any corporation.

2. BCBSA issues no stock, and so there is no publicly held corporation that owns 10% or more of BCBSA's stock.

3. BCBSA has an insurance policy through BCS Insurance Company that could potentially be triggered by the instant action. No other corporation, unincorporated association, partnership or other business entity, not a party to this case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3.

March 7, 2012                Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Catherine A. Bledsoe
　　　　　　　　　　　　　　　　One of the Attorneys for Defendant Blue Cross Blue Shield
　　　　　　　　　　　　　　　　Association

Catherine A. Bledsoe (Bar # 11376)
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, Maryland 21202
Telephone: (410) 576-4000
Facsimile: (410) 576-4269
cbledsoe@gfrlaw.com

Stephen H. Pugh (*pro hac vice* pending)
Jorge V. Cazares (*pro hac vice* pending)
Rebecca D. Fuentes (*pro hac vice* pending)
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 768-7800
Facsimile:  (312) 768-7801
spugh@pjjlaw.com
jcazares@pjjlaw.com
rfuentes@pjjlaw.com

*Attorneys for Defendant Blue Cross Blue Shield Association*

## Certificate of Service

I hereby certify that on March 7, 2012, true and correct copies of Blue Cross Blue Shield Association's Local Rule 103.3 and Federal Rule 7.1 Corporate Disclosure Statement were filed and served upon counsel of record via the Court's ECF system.

/s/ Catherine A. Bledsoe