## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

―――――――――――――――――――――――――――――――    :
Feldman's Medical Center Pharmacy, Inc., *et al.*,:
                                      :      **Civil Action No. WDQ-12-613**
               **Plaintiffs,**    :
                                        :
          **v.**                     :
                                        :
CareFirst, Inc., *et al.*,              :
                                        :
               **Defendants.**    :
―――――――――――――――――――――――――――――――    :

### DEFENDANTS' JOINT RESPONSE TO THE COURT'S
### STANDING ORDER CONCERNING REMOVAL

Defendants Independence Blue Cross ("IBC"), QCC Insurance Company ("QCC"), CareFirst, Inc. ("CareFirst") and the Blue Cross Blue Shield Association (the "BCBSA") (collectively, "defendants") hereby jointly respond to the Court's Standing Order Concerning Removal (the "Standing Order") (D.E. 5) as follows:

1.     The date(s) on which each defendant was served with a copy of the summons and complaint.

RESPONSE:  IBC and QCC were served on January 26, 2012; CareFirst was served on February 2, 2012; and the BCBSA was served on February 27, 2012.

2.     In actions predicated on diversity jurisdiction, an indication of whether any defendants who have been served are citizens of Maryland, and, for any entity that is not a corporation, the citizenship of all members.

RESPONSE:  Not applicable.  Removal is based on federal question jurisdiction, *i.e.*, the doctrine of complete preemption under ERISA.

1

3.      If removal takes place more than thirty (30) days after any defendant was first served with a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which the defendant(s) was (were) first served with a paper identifying the basis for such removal.

RESPONSE:  Not applicable.  IBC and QCC were the first-served defendants, and timely removed on the twenty-ninth day following service, *i.e.*, on February 24, 2012.  D.E. 1.

4.      In actions removed to this court predicated on diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not be summarily remanded to state court.

RESPONSE:  Not applicable.  *See* Response to Question No. 2.

5.      Identification of any defendant who was served in the state court action prior to the time of removal who did not formally join in the notice of removal and the reasons why such defendant did not join.

RESPONSE:  Not applicable.  CareFirst was served prior to the date of removal, and timely joined in the Notice of Removal filed by IBC and QCC.  D.E. 10.  The BCBSA was served after this action was removed to this Court.  *See* Responses to Questions No. 1 and 3.

ADDITIONAL INFORMATION REQUIRED:  CareFirst and the BCBSA timely filed statements joining in the Notice of Removal filed by IBC and QCC.  D.E. 10, 12.  IBC and QCC timely served counsel for plaintiffs with a copy of the Court's Standing Order on March 2, 2012, in conjunction with their Motion to Dismiss.  D.E. 8.  Defendants also each timely filed their respective corporate disclosure statements pursuant to D. Md. Local Rule 103.3.  D.E. 6, 7, 11, 16.

Respectfully submitted,


_____/s/_____
Elisabeth S. Walden (Bar No. 28684)
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Ave., NW
Washington, D.C. 20036
Phone: (202) 887-4000
Fax: (202) 887-4526

*Counsel for Independence Blue Cross and
QCC Insurance Company*


_____/s/_____
(signed by Elisabeth S. Walden with
permission of Patrick P. de Gravelles)
Patrick P. de Gravelles (Bar No. 29245)
CareFirst BlueCross BlueShield
Litigation General Counsel
840 First St., NE, DC12-08
Washington, D.C. 20065
Phone: (202) 680-7457
Fax: (202) 680-7620

*Counsel for CareFirst, Inc.*


_____/s/_____
(signed by Elisabeth S. Walden with
permission of Jorge V. Cazares)
Jorge V. Cazares  (admitted *pro hac vice*)
PUGH, JONES & JOHNSON, P.C.
180 N. LaSalle Street, 34th Floor
Chicago, IL 60601
Phone: (312) 768-7800
Fax: (312) 768-7801

*Counsel for the Blue Cross Blue Shield
Association*


Dated: March 9, 2012

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2012, a true and correct copy of the **Defendants' Joint Response to the Court's Standing Order Concerning Removal** was filed and served upon counsel of record for the parties via the Court's ECF system, as well as served separately by First-Class and electronic mail.

_____/s/_____
Elisabeth S. Walden

4