IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY<br>PHARMACY, INC., and PHARMACY<br>MANAGEMENT ASSOCIATES, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CAREFIRST, INC., INDEPENDENCE BLUE<br>CROSS, QCC INSURANCE COMPANY,<br>THE BLUE CROSS AND BLUE SHIELD<br>ASSOCIATION, and JOHN DOES 1 – 10<br><br>    Defendants. | Civil Action No. WDQ-12-613 |

## JOINT STIPULATION AND ORDER

Plaintiffs Feldman's Medical Center Pharmacy, Inc., and Pharmacy Management Associates, LLC (collectively, "Plaintiffs") and defendants Carefirst, Inc. ("Carefirst"), Independence Blue Cross, QCC Insurance Company (collectively, "IBC Defendants") and the Blue Cross and Blue Shield Association ("BCBSA" and, together with CareFirst and the IBC Defendants, "Defendants") hereby STIPULATE AND AGREE as follows:

1. Plaintiffs shall have until Monday, April 16, 2012 to file a Motion to Remand and Oppositions to Defendants' Motions to Dismiss.

2. Defendants shall each have until May 14, 2012 to file (a) an Opposition to Plaintiffs' Motion to Remand and (b) a Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss.

3. Plaintiffs shall have until June 4, 2012 to file a Reply to Defendants' Oppositions to Plaintiffs' Motion to Remand.

/s/ Anthony Paduano
Anthony Paduano
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100
ap@pwlawyers.com

Attorney for Plaintiffs

/s/ Katherine M. Katchen
Katherine M. Katchen
AKIN GUMP STRAUSS HAUER
& FELD LLP
2001 Market St Ste 4100
Philadelphia, Pennsylvania 19103
(215) 965-1200
kkatchen@akingump.com

Attorney for IBC Defendants

/s/ Jorge V. Cazares
Jorge V. Cazares
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street
34th Floor
Chicago, Illinois 60601
(312) 768-7800
JCazares@pjjlaw.com

Attorney for BCBSA

/s/ Patrick P. de Gravelles
Patrick P. de Gravelles
CAREFIRST BLUECROSS BLUESHIELD
840 First St NE, DC12-08
Washington, DC 20065
(202) 680-7457
patrick.degravelles@carefirst.com

Attorney for CareFirst

SO APPROVED AND ORDERED:

Dated: March 26, 2012

_____
Hon. William D. Quarles, Jr., U.S.D.J.