**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., and PHARMACY MANAGEMENT ASSOCIATES, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. WDQ-12-613 |
| v. | ) ) | **ORAL ARGUMENT REQUESTED** |
| CAREFIRST, INC., INDEPENDENCE BLUE CROSS, QCC INSURANCE COMPANY, THE BLUE CROSS AND BLUE SHIELD ASSOCIATION, and JOHN DOES 1 – 10, | ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR REMAND**

Plaintiffs Feldman's Medical Center Pharmacy, Inc. ("Feldman's") and Pharmacy Management Associates, LLC ("PMA" and, together with Feldman's, "Plaintiffs"), through undersigned counsel, file this Motion to Remand this action to the Circuit Court for Baltimore City, Maryland pursuant to 28 U.S.C. §1447. For the reasons set forth herein and as more fully set forth in the accompanying Memorandum of Law in Support of the Motion for Remand and the Declaration of Anthony Paduano dated April 23, 2012 filed contemporaneously with this Motion, Plaintiffs' motion should be granted in its entirety.

Plaintiffs request oral argument of this motion pursuant to Local Rule 105.6.

1. Plaintiffs filed a complaint in the Circuit Court for Baltimore City, Maryland, on December 22, 2011.

2. Plaintiffs filed an Amended Complaint on January 18, 2012. [Docket No. 2]

3. In the Amended Complaint, Plaintiffs plead only state-law causes of action, charging Defendants CareFirst, Inc. ("CareFirst"), Independence Blue Cross ("IBC"), QCC Insurance Company ("QCC"), and the Blue Cross and Blue Shield Association (the "BCBSA") with (i) intentional interference with economic relations, (ii) conspiracy, and (iii) violation of § 11-204(a)(1) of the Maryland Antitrust Act.  The Amended Complaint also charges CareFirst and the BCBSA with defamation; CareFirst with fraud and fraudulent misrepresentation; and CareFirst and IBC with unfair competition.

4. On February 24, 2012, IBC and QCC filed a Notice of Removal with this Court [Docket No. 1], alleging that Plaintiffs are seeking to enforce rights that arise under ERISA and thus Plaintiffs have asserted a cause of action arising under the laws of the United States, and this court has original jurisdiction to hear Plaintiffs' claims (the "Notice of Removal"). See 28 U.S.C. §§ 1331 and 1441.

5. On March 5, 2012 and March 6, 2012 respectively, CareFirst and the BCBSA each filed a joinders to the Notice of Removal [Docket Nos. 10, 12].

6. Because this Court lacks subject-matter jurisdiction, this case must be remanded pursuant to 28 U.S.C. § 1447(c). There is no federal question raised by Plaintiffs' Complaint, and there is no diversity jurisdiction.

7. Plaintiffs are not participants, beneficiaries or fiduciaries of an ERISA plan. Therefore, Plaintiffs have no standing to bring an ERISA claim.

8. The claims against Defendants are based solely on state law. The Amended Complaint does not plead an ERISA claim nor do the claims fall within the scope of ERISA or require interpretation of an ERISA plan.

9. There is no diversity jurisdiction because Plaintiffs and CareFirst are each citizens of Maryland.

10. Accordingly, because this Court lacks subject-matter jurisdiction over this matter, this case should be remanded to the Circuit Court for Baltimore City, Maryland.

11. Additionally, pursuant to 28 U.S.C. § 1447(c), Plaintiffs request that the Court award Plaintiffs their costs and expenses, including attorneys' fees, incurred as a result of the improper removal.

WHEREFORE, Plaintiffs respectfully request that the Court: (1) grant oral argument on this motion; (2) grant this motion and remand this case to the Circuit Court for Baltimore City, Maryland; and (3) order Defendants to pay Plaintiffs' costs and expenses, including attorney's fees, incurred because of the wrongful removal of this action.

Dated:  Baltimore, Maryland
        April 23, 2012

                                      Respectfully submitted,

                                      PADUANO & WEINTRAUB LLP


                                      By: /s/ Anthony Paduano
                                           Anthony Paduano
                                      1251 Avenue of the Americas
                                      Ninth Floor
                                      New York, New York 10020
                                      (212) 785-9100 (telephone)
                                      (212) 785-9099 (facsimile)

                                      BAROODY & O'TOOLE
                                      Thomas O'Toole
                                      201 N. Charles Street, Suite 2102
                                      Baltimore, Maryland 21201
                                      (410) 539-8412 (telephone)
                                      (410) 539-8411 (facsimile)

                                      Attorneys for Plaintiffs