IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., and PHARMACY MANAGEMENT ASSOCIATES, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. WDQ-12-613 |
| v. | ) ) | |
| CAREFIRST, INC., INDEPENDENCE BLUE CROSS, QCC INSURANCE COMPANY, THE BLUE CROSS AND BLUE SHIELD ASSOCIATION, and JOHN DOES 1 – 10, | ) ) ) ) ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Remand, it is this _____ day of _____, 2012, hereby

ORDERED that pursuant to 28 U.S.C. §1447 this case is REMANDED to the Circuit Court for Baltimore City, Maryland for all further proceedings.

_____
William D. Quarles, Jr.
UNITED STATES DISTRICT JUDGE