**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| FELDMAN'S MEDICAL CENTER | ) | |
| PHARMACY, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.WDQ-12-613 |
| | ) | |
| v. | ) | |
| | ) | |
| CAREFIRST, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

Defendant Blue Cross Blue Shield Association ("BCBSA"), by and through its counsel

Pugh, Jones, & Johnson, P.C., respectfully submits this Unopposed Motion to Amend the

Scheduling Order dated April 13, 2012, and in support thereof, states as follows:

1.      On March 26, 2012, this Court filed an Order approving a briefing schedule

agreed upon by the parties for the defendants' Motions to Dismiss and the plaintiffs' Motion to

Remand.  (Dkt. No. 38.)

2.      On April 13, 2012, at plaintiffs' request, this Court entered an Order amending the

briefing schedule.  (Dkt. No. 41.)

3.      On April 23, 2012, plaintiffs filed their Motion to Remand and their Opposition to

Defendants' Motion to Dismiss.

4.      The defendants are currently in the process of collaborating to draft a consolidated

response to the Motion to Remand and a consolidated Reply to the Opposition to the Motions to

Dismiss so as to conserve the time and resources of the Court.

1

5.      On May 18, 2012, undersigned counsel contacted all parties and requested a one-week extension of the remaining briefing schedule in order to continue collaborating to file a consolidated Response and a consolidated Reply.  All parties have informed undersigned counsel that they do not oppose the extension.

6.      Therefore, BCBSA respectfully requests that this Court grant this Unopposed Motion and that the deadlines in the Court's April 13, 2012 Order be reset as follows:

a.  Defendants shall each have until May 28, 2012 to file (1) their Opposition to Plaintiffs' Motion to Remand and (2) their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss.

b.  Plaintiffs shall have until June 18, 2012 to file a Reply to Defendants' Opposition to Plaintiffs' Motion to Reand.

May 18, 2012                              Respectfully submitted,

                                          /s/ Jorge V. Cazares
                                          One of the Attorneys for Blue Cross Blue Shield Association

Catherine A. Bledsoe (Bar # 11376)
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, Maryland 21202
Telephone: (410) 576-4000; Facsimile: (410) 576-4269
cbledsoe@gfrlaw.com

Stephen H. Pugh (admitted *pro hac vice*)
Jorge V. Cazares (admitted *pro hac vice*)
Rebecca D. Fuentes (admitted *pro hac vice*)
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 768-7800; Facsimile:  (312) 768-7801
spugh@pjjlaw.com
jcazares@pjjlaw.com
rfuentes@pjjlaw.com

*Attorneys for Defendant Blue Cross Blue Shield Association*

## Certificate of Service

I hereby certify that on May 18, 2012, true and correct copies of Unopposed Motion to Amend Scheduling Order were filed and served upon counsel of record via the Court's ECF system.

/s/ Jorge V. Cazares