IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., *et al.*, | ) ) ) | MOTION "GRANTED" THIS 22 DAY OF |
| Plaintiffs, | ) ) | Civil Action No. WDQ-12-613 20 12. |
| v. | ) ) | |
| CAREFIRST, INC., *et al.*, | ) ) | WILLIAM D. QUARLES, JR. UNITED STATES DISTRICT JUDGE |
| Defendants. | ) ) | |

### UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Defendant Blue Cross Blue Shield Association ("BCBSA"), by and through its counsel Pugh, Jones, & Johnson, P.C., respectfully submits this Unopposed Motion to Amend the Scheduling Order dated April 13, 2012, and in support thereof, states as follows:

1. On March 26, 2012, this Court filed an Order approving a briefing schedule agreed upon by the parties for the defendants' Motions to Dismiss and the plaintiffs' Motion to Remand. (Dkt. No. 38.)

2. On April 13, 2012, at plaintiffs' request, this Court entered an Order amending the briefing schedule. (Dkt. No. 41.)

3. On April 23, 2012, plaintiffs filed their Motion to Remand and their Opposition to Defendants' Motion to Dismiss.

4. The defendants are currently in the process of collaborating to draft a consolidated response to the Motion to Remand and a consolidated Reply to the Opposition to the Motions to Dismiss so as to conserve the time and resources of the Court.

1